UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| DARION RAY SEXTON, | ) | Case No. 23-mj-00026-JPO |
| | ) | |
| *Defendant* | ) | |

# CRIMINAL COMPLAINT

I, Kelly L. Suess, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about January 19, 2023, within the State and District of Colorado, DARION RAY SEXTION did knowingly and intentionally and maliciously damage, and attempt to damage and destroy, by means of fire and one or more explosives, real property used in interstate and foreign commerce and in an activity affecting interstate and foreign commerce, to wit: VICTIM CHURCH

All in violation of Title 18, United States Code, Section 844(i).

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 844(i) | Causing damage by fire and explosive – real property |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

*s/ Kelly L. Suess*
*Complainant's signature*

Kelly L. Suess, FBI Special Agent
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: January 23, 2023

*Judge's signature*

Hon. James P. O'Hara, U.S. Magistrate Judge
*Printed name and title*

City and state: Denver, CO