DEFENDANT: DARION RAY SEXTON

YOB: 2001

ADDRESS (CITY/STATE): Loveland, CO

OFFENSE: Causing damage by fire and explosive – real property

LOCATION OF OFFENSE (COUNTY/STATE): Boulder County, CO and elsewhere

PENALTY: NLT 5 years imprisonment; NMT 20 years' imprisonment; $250,000 fine (or 2x the gain or loss, whichever is great), or both a fine and imprisonment; NMT 3 year supervised release; $100 special assessment.

AGENT: FBI SA Kelly L. Suess

AUTHORIZED BY: Bryan David Fields
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

   X   five days or less        ___ over five days        ___ other

THE GOVERNMENT

   X   will seek detention in this case        ___ will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**