AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DARION RAY SEXTON | ) | Case No. 23-mj-00026-JPO |
| *Defendant* | ) | |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* __DARION RAY SEXTON__ who is accused of offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

On or about January 19, 2023, within the State and District of Colorado, DARION SEXTION did knowingly and intentionally and maliciously damage, and attempt to damage and destroy, by means of fire and one or more explosives, real property used in interstate and foreign commerce and in an activity affecting interstate and foreign commerce, to wit: VICTIM CHURCH

All in violation of Title 18, United States Code, Section 844(i).

Date: January 23, 2023

*Issuing officer's signature*

James P. O'Hara, U.S. Magistrate Judge

City and state: Denver, CO

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*