IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:23-mj-00026 UNITED

STATES OF AMERICA,

Plaintiff,

v.

1. DARION RAY SEXTON

Defendants.

## ORDER TO UNRESTRICT

This matter comes before the Court on the Government's Motion to Unrestrict. Having reviewed the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same.

Accordingly, it is:

ORDERED that the Government's Motion is GRANTED.

IT IS FURTHER ORDERED that the documents subject to Restriction Level 3 under this Court's Order, ECF No. 4, in this case are hereby unrestricted.

IT IS SO ORDERED on this Twenty-seventh day of January, 2023.

BY THE COURT:

s/James P. O'Hara

HON. JAMES P. O'HARA
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO