IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-mj-00026-JPO

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**DARION RAY SEXTON**

        Defendant.

---

**NOTICE OF APPEARANCE OF COUNSEL**

---

        Jamie Hubbard of the law firm Stimson LaBranche Hubbard, LLC hereby enters her appearance as counsel for Darion Ray Sexton in the above-captioned case. Pursuant to D.C.COLO.L.AttyR 5 (a)(3)(C), undersigned counsel hereby certifies that she is a member in good standing of the bar of this court.

        Dated: January 27, 2023.

        Respectfully submitted,

*s/ Jamie Hubbard*
Jamie Hubbard
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone/Fax:   720.689.8909
Email:   hubbard@slhlegal.com

*Attorney for Darion Ray Sexton*

1

**Certificate of Service**

I certify that on January 27, 2023, I electronically filed the foregoing *Notice of Appearance of Counsel* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Bryan D. Fields
Assistant United States Attorney
U.S. Attorney's Office – Denver
1801 California Street, Ste. 1600
Denver, CO 80202
bryan.fields3@usdoj.gov

*s/ Nancy Hickam*
Nancy Hickam