AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v | ) |
| Darion Ray Sexton | ) Case No. 23-mj-26-1 |
| *Defendant* | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 01/27/2023

*Defendant's signature* [signed]

*Signature of defendant's attorney* [signed]

Jamie Hubbard #48552
*Printed name and bar number of defendant's attorney*

1652 Downing St, Denver CO 80218
*Address of defendant's attorney*

hubbard@slhlegal.com
*E-mail address of defendant's attorney*

(720) 689-8909
*Telephone number of defendant's attorney*

(720) 689-8909
*FAX number of defendant's attorney*