IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No:  23-mj-26

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DARION RAY SEXTON,

        Defendant.

---

**ENTRY OF APPEARANCE AS COUNSEL FOR THE GOVERNMENT**

---

To:    The clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Respectfully submitted this 6th day of April 2023.

                          KRISTEN CLARKE
                          Assistant Attorney General
                          Civil Rights Division
                          U.S. Department of Justice

BY:    *s/Maura Deady White*
            Maura Deady White
            Trial Attorney
            Civil Rights Division, Criminal Section
            950 Pennsylvania Avenue, 4CON
            Washington, D.C. 20530
            Phone: (202) 532-3827
            Email: maura.white@usdoj.gov
            Attorney for the Government

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of April 2023, I electronically filed the foregoing *ENTRY OF APPEARANCE AS COUNSEL FOR THE GOVERNMENT* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

      s/ *Maura Deady White*
Maura Deady White
Trial Attorney
Civil Rights Division, Criminal Section
950 Pennsylvania Avenue, 4CON
Washington, D.C. 20530
Phone: (202) 532-3827
Email: maura.white@usdoj.gov